936

The motion for stay is denied.

The parties are directed to argue the issue, among the other issues presented by this case, as to whether the petitioners have standing to apply for the prerogative writ of certiorari. See *Buffi* v. *Ferri*, 106 R.I. 349, 259 A.2d 847 (1969) and *Ramsay* v. *Sarkas*, 110 R.I. 590, 295 A.2d 416 (1972). *Vincent J. Naccarato*, Town Solicitor. *Timothy J. McCarthy, John F. Lallo*, for respondents.

M. P. No. 77-130. ROBERT BRIMMER *et al.* v. SHIRLEY A. McCANNA *et al.* Petition for writ of certiorari is denied. *Lovett & Linder, Ltd., Richard Bruce Feinstein, Warren R. Wolf*, for petitioners. *Pasquale T. Annarummo*, Town Solicitor, for respondents.

M. P. No. 77-134. STATE *v.* IRA HOLLAND. Petition for writ of habeas corpus for bail pending appeal is denied. See Rule 9. *Julius C. Michaelson*, Attorney General, for plaintiff-respondent. *Ira Holland*, pro se, defendant-petitioner.

C. A. No. 73-33. STATE *v.* LEO DESROCHES. The motion to remand this case to Superior Court is denied. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *Leo Desroches*, pro se, for defendant.

C. A. No. 75-220. STATE *v.* BRUCE LESTER JOHNSON. The defendant's motion to strike the State's brief is denied.

This case is assigned to the October 1977 calendar for oral argument and defendant's counsel is granted one hour to argue his case. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Asst. Attorney General, for plaintiff. *Frank S. Cappuccio*, for defendant.